# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALOYSIOUS WELLS,<br><br>Defendant. | CR-12-100-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 1, 2020. (Doc. 91.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on May 28, 2020. (Doc. 87.) The United States accused Wells of violating his conditions of supervised release 1) by failing to notify his probation officer of a change in residence; and 2) by failing to report for sex offender treatment. (Doc. 84). At the revocation hearing, Wells admitted that he had violated the condition of his supervised release: 1) by failing to notify his probation officer of a change in residence; and 2) by failing to

report for sex offender treatment. (Doc. 87.) Judge Johnston found that Wells' violations proved to be serious and warranted revocation, and recommended that Wells receive a custodial sentence of 2 months, with 110 months of supervised release to follow. (Doc. 91.) Wells was advised of the 14 day objection period and his right to allocute before the undersigned.

The violations prove serious and warrant revocation of Wells' supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 91) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant Aloysious Wells be incarcerated for a term of 2 months of custody, followed by 110 months of supervised release.

DATED this 16th day of June, 2020.

Brian Morris, Chief District Judge
United States District Court