IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-100-GF-BMM-JTJ |
| Plaintiff, | **FINDINGS AND** |
| vs. | **RECOMMENDATIONS** |
| ALOYSIOUS WELLS, | |
| Defendant. | |

## I. Synopsis

Defendant Aloysious Wells (Wells) has been accused of violating the conditions of his supervised release. Wells admitted alleged violations 1, 2, 4 and 5. The government failed to satisfy its burden of proof with respect to alleged violation 3. Wells's supervised release should be revoked. Wells should be placed in custody for 4 months, with 106 months of supervised release to follow. Wells should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

## II. Status

Wells pleaded guilty to Abusive Sexual Contact on March 4, 2013. (Doc. 27). The Court sentenced Wells to 20 months of custody, followed by 10

years of supervised release. (Doc. 45). Wells's current term of supervised release began on July 14, 2020. (Doc. 97 at 2).

**Petition**

The United States Probation Office filed an Amended Petition on December 22, 2020, requesting that the Court revoke Wells's supervised release. (Doc. 107). The Amended Petition alleges that Wells violated the conditions of his supervised release: 1) by using methamphetamine on two separate occasions; 2) by failing to report for sex offender treatment; 3) by failing to successfully complete his sex offender treatment program; and 4) by taking a Tramadol pill for which he did not have a prescription. (Doc. 105 at 2-3).

**Initial appearance**

Wells appeared before the undersigned for his initial appearance on the Amended Petition on January 12, 2021. Wells was represented by counsel. Wells stated that he had read the petition and that he understood the allegations. Wells waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on January 12, 2021. Wells admitted that he had violated the conditions of his supervised release: 1) by using

2

methamphetamine on two separate occasions; 2) by failing to report for sex offender treatment; and 3) by taking a Tramadol pill for which he did not have a prescription. The government failed to satisfy its burden of proof with respect to alleged violation 3. The violations that Wells admitted are serious and warrant revocation of Wells's supervised release.

Wells's violations are Grade C violations. Wells's criminal history category is I. Wells's underlying offense is a Class A felony. Wells could be incarcerated for up to 60 months. He could be ordered to remain on supervised release for up to 110 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III. Analysis

Wells's supervised release should be revoked. Wells should be incarcerated for 4 months, with 106 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Wells should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

### IV. Conclusion

The Court informed Wells that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Wells of his right to object to these Findings and Recommendations within 14 days of their

issuance. The Court explained to Wells that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Aloysious Wells violated the conditions of his supervised release: by using methamphetamine on two separate occasions; by failing to report for sex offender treatment; and by taking a Tramadol pill for which he did not have a prescription.

The Court **RECOMMENDS:**

> That the District Court revoke Wells's supervised release and commit Wells to the custody of the United States Bureau of Prisons for 4 months, with 106 months of supervised release to follow. Wells should serve the first 60 days of supervised release in a secure inpatient drug treatment facility.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may

waive the right to appear and allocute before a district court judge.

DATED this 13th day of January, 2021.

                                          John Johnston
                                        United States Magistrate Judge